IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MELVIN LEROY LACY
ADC #092537                                                                                          PETITIONER

VS.                                         5:06CV00188 JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                        RESPONDENT

## JUDGMENT

Consistent with the Memorandum Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 (docket entry #1) is DENIED, and this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 14th day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

1